1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

**MONTE L. HANEY,**                         C 07-4682 CRB (PR)

                          Petitioner,       **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

        v.

**DERRAL G. ADAMS, Warden,**

                          Respondent.

20

21       Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-

22  day extension of time, until May 12, 2008, in which to file a response to the petition for writ of

23  habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of

24  counsel.  We have not attempted to contact petitioner about this extension of time because he is

25  an incarcerated state prisoner who is representing himself.

26       WHEREFORE, respondent respectfully requests that this Court grant an extension of

27  time to and including May 12, 2008, in which to file an answer or other responsive pleading.

28  ///

1   Dated: March 11, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

7

8   /s/ Michele J. Swanson
    MICHELE J. SWANSON
9   Deputy Attorney General
    Attorneys for Respondent

10

11

12  40227791.wpd
    SF2008400165