1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

10

11                   IN THE UNITED STATES DISTRICT COURT

12                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14
   | **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
   |---|---|
   | Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
   | v. | |
   | **DERRAL G. ADAMS, Warden,** | |
   | Respondent. | |

20       I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

         I am a Deputy Attorney General for the State of California and am assigned to

represent respondent in this case.  Respondent's answer or other responsive pleading is due

March 11, 2008, pursuant to this Court's January 11, 2008 order to show cause.  I am unable to

meet this deadline, and request an enlargement of time to file a response to the petition for writ

of habeas corpus for the following reasons.

         In the past 30 days I have filed motions to dismiss in *Belgarde v. Veal* (C 07-0528

WHA (PR)) and *Muhammad v. Adams* (C 07-3627 MMC (PR)), and reply briefs in *Lopez v.*

1  *Lamarque* (C 04-01877 JW (PR)) and *Pacheco v. Horel* (C 06-06540 JW (PR)). I have just
2  recently completed an answer in *Mooring v. Walker* (C 04-04207 JW), and am currently working
3  on a Ninth Circuit appellee's brief in *Percelle v. Kane* (07-16066). The orders to show cause in
4  all of the above cases were issued before the order to show cause in this case. For these reasons,
5  I need additional time to complete the response in this case.

6      I have not attempted to contact petitioner about this extension of time because he is an
7  incarcerated state prisoner who is representing himself.

8      Accordingly, I request that the Court grant respondent an extension of 60 days, to and
9  including May 12, 2008, in which to file a response to the petition.

10      I declare under penalty of perjury that the foregoing is true and correct.

11      Executed at San Francisco, California, on March 11, 2008.

13      /s/ Michele J. Swanson
    MICHELE J. SWANSON
14      Deputy Attorney General

40227842.wpd

SF2008400165

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to      Haney v. Adams, Warden
Pet. for Writ of Hab. Corpus      C 07-4682 CRB (PR)