1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9

| | |
|---|---|
| **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
| Petitioner, | ~~[PROPOSED]~~ **] ORDER** |
| **v.** | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

15

16          GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this

17   Court and serve upon petitioner, on or before **May 12, 2008**, an answer or other responsive

18   pleading to the petition for writ of habeas corpus.  If respondent files an answer and petitioner

19   wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent

20   within 30 days of his receipt of the answer.  If respondent files a motion to dismiss and petitioner

21   wishes to respond, he shall do so by filing an opposition or statement of non-opposition with the

22   Court and serving it on respondent within 30 days of his receipt of the motion.  If respondent

23   wishes to reply to the opposition, he shall do so by filing a reply with the Court and serving it on

24   petitioner within 15 days of his receipt of the opposition.

25          IT IS SO ORDERED.

26

27   Dated:  _March 18, 2008_____

28                                         _____

                                          The Honorable

                                          IT IS SO ORDERED

                                          Judge Charles R. Breyer