Monte Haney #V-72062 4A2R-59
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

**FILED**
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Monte L. Haney
  Petitioner,
vs.
Derral G. Adams, Warden,
  Respondent.

C07-4682 CRB (PR)
Motion in opposition of Respondent's Motion to enlarge time to file a Responce to Petitioner's Writ of Habeas Corpus

Petitioner Monte L. Haney is hereby filing a Motion in opposition of Respondent's Motion to enlarge time to Respond to Petition for writ of Habeas Corpus.

On September 4th 2007 Petitioner filed a writ of habeas corpus in the United States district court for the northern district of California.

On January 11 2008 the honorable Judge Charles R. Breyer issued an order to show cause to the Respondents and instructed them to file a Responce to the Petition within 60 days with a court deadline of March 11 2008.

On 3-13-08, the Petitioner Received from Deputy Attorney General for respondents, Michele J. Swanson a Motion to enlarge time to file a Responce to the Petition for writ of habeas corpus dated 3-11-08.

The Deputy Attorney general's excuse for an extension to enlarge time is that in the past 30 days she <u>filed</u> two motions to dismiss, two Reply Briefs, recently <u>completed</u> an answer and is currently working <u>on one</u> appellate Brief. The Attorney general's excuse for an enlargement of time <u>is not viable</u>. Because she admitted in her own words

of 2

1. that She has Completed all Aforementioned Legal documents
2. except one appellee's brief for the ninth circuit. the
3. Deputy Attorney General has computers, clerks, and numerous
4. Legal Assistants to assist with Legal documents to ensure
5. that they are filed on time. the Deputy Attorney General
6. Received 60 days to file a Response in this Matter which
7. is More than enough time to Complete a Response to the Petition
8. For writ of habeas corpus. It is visible, obvious and apparent
9. that the Deputy Attorney General have intentionally chos-
10. en to Delay this matter only to circumvent Responsibilit-
11. ies.

13. for the reasons stated herein But not limited to, Petitioner
14. Request that the Deputy Attorney General's motion to enlarge
15. time be denied.

22. Date: 3-16-08                     Montie Hanif
                                      in Pro Per

1) I am the Petitioner and a Party to this action.

2) On 9-4-07 Petitioner filed a writ of Habeas Corpus pursuant to 28 U.S.C. 2254.

3) On 1-11-08 The honorable Judge Charles. R. Breyer of the northern district court for the State of California issued an order to show cause to the Respondent to file a Responce in this matter within 60 days and a court deadline of 3-11-08.

4) The Deputy Attorney General for Respondent Michele J. Swanson, filed a Motion to enlarge time in this matter which Petitioner received from U.S. mail on 3-13-08.

5) On March 16th 2008 Petitioner filed a Motion in opposition of respondent's motion to enlarge time and delivered it to Prison officials to be mailed to the U.S. District court of the northern district of California

6) Simutaneously, Petitioner Sent a copy to the Deputy Attorney General of California Michele J. Swanson and kept a copy for himself.

I Declare under the Penalty of Perjury that the foregoing is true and correct.

Date: 3-16-08

Monte Abney
in Pro Per.

1 of 1

Proof of Service by Mail

I, Monte Haney, declare that I am over 18 Years of age, and a Party to the attached herein cause of action. That I reside at CSP-Corcoran in the County of King, California. My mailing address is P.O. Box 3476, Corcoran, CA 93212.

On March 16, 2008 I delivered to Prison officials for mailing, at the above address, the attached, Motion in opposition to Respondent's Motion to enlarge time and a Declaration.

In a Sealed envelope with Postage fully Prepaid, addressed to:

Clerk of the Court Richard W. Weiking
Clerks office, U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th floor.
San Francisco, CA 94102

I declare under Penalty of Perjury that the foregoing is true and correct.

Executed this March 16th 2008 at CSP-Corcoran California.

_Monte Haney_
in Pro Per