1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,**<br><br>Petitioner,<br><br>v.<br><br>**DERRAL G. ADAMS, Warden,**<br><br>Respondent. | C 07-4682 CRB (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.  Respondent's answer or other responsive pleading is due May 12, 2008, pursuant to this Court's March 18, 2008 order granting respondent's first motion for an enlargement of time.  I am unable to meet this deadline, and request a second enlargement of time to file a response to the petition for writ of habeas corpus for the following reasons.

In the past 30 days, I have completed an answer to a petition for writ of habeas corpus in *Bedford v. Ayers* ( 06-0748 CW (PR)), motions to dismiss petitions for writ of habeas corpus in *Weisner v. Evans* ( 07-5509 SI (pr)) and *Parnell v. Evans* (C 05-4324 SBA (pr)), and a Ninth

1 | Circuit appellee's brief in *Ali v. Hickman* (07-16731). I am also still waiting for documents from the state court that are necessary for resolution of this matter. For these reasons, I am unable to file the response in this case by the current deadline.

    I have not attempted to contact petitioner about this extension of time because he is an incarcerated state prisoner who is representing himself.

    Accordingly, I request that the Court grant respondent an extension of 60 days, to and including July 11, 2008, in which to file a response to the petition.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed at San Francisco, California, on May 12, 2008.

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General

40252645.wpd

SF2008400165

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to           Haney v. Adams, Warden
Pet. for Writ of Hab. Corpus                                                             C 07-4682 CRB (PR)

2