**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Haney v. Adams, Warden**

No.:   **C 07-4682 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 12, 2008</u>, I served the attached **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Monte L. Haney
V-72062
Corcoran State Prison
4A-2R-08
P.O. Box 3476
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 12, 2008, at San Francisco, California.

|  D. Desuyo  |  /s/   D. Desuyo  |
| :---: | :---: |
| Declarant | Signature |

40252665.wpd