Monte Haney #V-72063-4B2R-59
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

Date: 5-5-08

FILED

Attn: Clerk of the Court, Richard W. Wieking
U.S. district court, for the Northern district
of California, U.S. Courthouse, 450 Golden Gate
Ave., SF, CA 94102-3483

RE: C07-4682 and CV-05942 CRB

Hello clerk of the court. I have a constant problem and difficulties obtaining adequate access to the Prison Law Library. Over the months I have had to write a numerous amount of grievances to obtain access to the Law Library, and at this time I am being denied all access to the Law Library. As a result of this I cannot get legal cases or study legal books such as westdigest, federal citations, federal Rules of Civil Procedure etc. I need to read and study these materials in order to litigate my court matters efficiently. When I do receive law library I am only able to receive it for 2 hours every three weeks which is not enough time to do what I need to do. I am writing this letter to find out if I can receive a court order for 30 days of "Preferred Legal User Status" that way I can receive Law Library once a week to do legal research.

Please give me a response to this request as soon as possible.

Sincerely,
Monte Haney

I am enclosing copies of grievances and other court papers that I have filed pertaining to the Prison Law Library.

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HANEY, V72062                                      Date: April 14, 2008
Current Housing: 4A2R0000000059L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSPC-5-08-01803

ASSIGNED STAFF REVIEWER: AW 4A
APPEAL ISSUE: LEGAL
DUE DATE: 05/27/2008

Inmate HANEY, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


Appeals Coordinator
Correctional Counselor II
CSP-Corcoran

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HANEY, V72062  
Current Housing: 4A2R0000000059L

Date: January 16, 2008

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSPC-5-08-00236

ASSIGNED STAFF REVIEWER: AW CENT SVCS  
APPEAL ISSUE: LEGAL  
DUE DATE: 03/03/2008

Inmate HANEY, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


Appeals Coordinator  
Correctional Counselor II  
CSP-Corcoran

**43**

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HANEY, V72062  
Current Housing: 4A1L0000000043L

Date: January 24, 2007

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSPC-5-07-00394

ASSIGNED STAFF REVIEWER: AW CENT SVCS  
APPEAL ISSUE: LEGAL  
DUE DATE: 03/09/2007

Inmate HANEY, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

Appeals Coordinator  
Correctional Counselor II  
CSP-Corcoran

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HANEY, V72062　　　　　　　　　　　　　Date: September 14, 2007
Current Housing: 4A2R0000000008L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSPC-5-07-04236

ASSIGNED STAFF REVIEWER: AW CENT SVCS
APPEAL ISSUE: LEGAL
DUE DATE: 10/29/2007

Inmate HANEY, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


Appeals Coordinator
Correctional Counselor II
CSP-Corcoran

CONFORMED COPY
ORIGINAL FILED ON

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF KINGS

SEP 11 2007

TODD H. BARTON, COURT EXECUTIVE OFFICER
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF KINGS
_____ DEPUTY

| | |
|---|---|
| In re Application of ) | No. 06W0209C |
| ) | |
| ) | ORDER DENYING PETITION |
| MONTE HANEY, ) | FOR WRIT OF HABEAS |
| ) | CORPUS WITHOUT |
| Petitioner, ) | PREJUDICE |
| ) | |
| For Writ of Habeas Corpus. ) | |
| ) | |

    Petitioner MONTE HANEY ("Petitioner") filed his petition for writ of habeas corpus ("petition") on July 20, 2007. Petitioner complains that Corcoran State prison personnel are denying him access to the prison law library.

    The petition fails to state a *prima facie* claim for relief. The law requires litigants to exhaust administrative remedies prior to seeking judicial relief. (*In re Dexter* (1979) 25 Cal. 3d 921, 925.) In this case, Petitioner admits that he has not administratively exhausted his inmate appeal through the Director's Level of Review and does not provide the Court with any facts and/or documents upon which a waiver of such requirement can reasonably be based. (*See, People v. Duvall* (1995) 9 Cal. 4th 464, 474 [Petitioner has not met his heavy initial burden to plead particular facts sufficient to support the claims set forth in his petition].)

    Based upon the foregoing, IT IS HEREBY ORDERED, the petition is denied without prejudice.


Dated: September 11, 2007

                                 James LaPorte
                                 James LaPorte,
                                 Judge of the Superior Court

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF KINGS

CONFORMED COPY
ORIGINAL FILED ON
MAR 12 2007

TODD H. BARTON, COURT EXECUTIVE OFFICER
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF KINGS
_____ DEPUTY

In re Application of            )   No. 06W0209B
                                )
                                )   ORDER DENYING PETITION
MONTE HANEY,                    )   FOR WRIT OF HABEAS
                                )   CORPUS WITHOUT
            Petitioner,         )   PREJUDICE
                                )
For Writ of Habeas Corpus.      )
                                )

    Petitioner, MONTE HANEY ("Petitioner"), filed a petition for writ of habeas corpus ("petition") on February 21, 2007. Petitioner complains that he is being denied access to the law library at Corcoran State Prison. Petitioner admits that he has, "a grievance pending about inadequate access to Law Library, Log No. 5-07-00394", but requests to be excused from the requirement that he fully exhaust such appeal based upon his alleged need to file a federal petition for writ of habeas corpus.

    The petition fails to state a *prima facie* claim for relief. The exhaustion of administrative remedies is a jurisdictional perquisite to resort to the courts. (*Wright v. State of California* (2004) 122 Cal. App. 4th 659, 665-666; *see also*, *In re Dexter* (1979) 25 Cal. 3d 921, 925 [exhaustion required prior to seeking judicial relief].) Although Petitioner alleges that he will be prejudiced by the delay associated with his pursuit of required administrative remedies, he has not provided any specific facts and/or documents to support such assertion. (*People v. Duvall* (1995) 9 Cal. 4th 464, 474 [Petitioner bears a heavy burden initially to plead sufficient grounds for relief].)

    The petition is denied, without prejudice.

Dated: 3-12, 2007

Peter M. Schultz, Judge
_____
Peter M. Schultz
Judge of the Superior Court

## PROOF OF SERVICE BY MAIL

I, Monte Haney, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: P.O. Box 3476 Corcoran, CA 93212

On 5-5, 2008, I delivered to prison officials for mailing, at the above address, the attached: Letter to the clerk of the Court.

in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) Clerk of the Court (2) 
Richard W. Wieking
U.S. district court
for the northern district
of California
(3) 450 Golden Gate Ave (4)
16th floor, Sf. CA 94102

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 5 day of May, 2008, at California State Prison, Corcoran.

Monte Haney
In Pro Per

Monte Haney #V-72062 4A
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

STATE PRISON CORCORAN

US POSTAGE
$00.590
05/06/2008
93212

Attn: clerk of the court
Richard W. Wieking
U.S. district court for
the northern district of California
450 Golden Gate Ave, 16th fl
San Francisco, CA 94102