Monte Haney #V-72062 4A-2R-59    Date 5-7-08
Corcoran State Prison
P.O. Box 3471
Corcoran, CA 93212

**FILED**
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attn: the honorable Judge Charles R. Breyer
clerk's office
U.S. District court - No. Dist of CA
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

RE: C07-4682 CRB (PR)

hello the honorable Judge Charles R. Breyer,
on 4-25-08 I sent the court a motion to Amend the petition to add one additional claim to the federal writ of habeas corpus filed 9-11-07.
on May 7, 08 I received an order from you to inform me that my motion is denied.

I would like to inform the court that I Request to withdraw the unexhausted claim and proceed with the exhausted claims filed in the original petition. Please give me a Response to this notification soon as possible?

sincerly,
Monte Haney

would the court send a copy of this to Deputy attorney general Michele Swanson Because due to limited access to envelopes, at this time I don't have the Resources to mail a copy of this notification to the Deputy attorney general.

## PROOF OF SERVICE BY MAIL

I, __Monte Haney__, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: __P.O. Box 3476, Corcoran CA 93212__

On __5-1__, 20__08__, I delivered to prison officials for mailing, at the above address, the attached: __notification to withdraw Amended Petition and Proceed with exhausted claims__

in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) __the honorable Judge charles R. Breyer clerk's office U.S. District Court - No. Dist of CA 450 Golden Gate Avenue, 16th floor San Francisco, CA 94102__ (2) _____
(3) _____ (4) _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this __1__ day of __May__, 20__08__, at California State Prison, Corcoran.

__Monte Haney__
In Pro Per

Monte Haney V-72062 4A-2R-59
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

STATE
PRISON
CORCORAN

US POSTAGE
05/08/2008

the honorable Judge
Charles R. Breyer
clerk's office
U.S. District court - No. Dist of CA
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102