1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

9

10                    IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  **MONTE L. HANEY,**                          C 07-4682 CRB (PR)

15                            Petitioner,        **DECLARATION OF
                                                 COUNSEL IN SUPPORT OF**
16          **v.**                               **MOTION TO ENLARGE
                                                 TIME TO FILE RESPONSE**
17  **DERRAL G. ADAMS, Warden,**                 **TO PETITION FOR WRIT OF
                                                 HABEAS CORPUS**
18                            Respondent.

19

20          I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

21          I am a Deputy Attorney General for the State of California and am assigned to

22  represent respondent in this case.  Respondent's answer or other responsive pleading is due July

23  11, 2008, pursuant to this Court's May 15, 2008 order.  I am unable to meet this deadline, and

24  request an enlargement of time to file a response to the petition for writ of habeas corpus for the

25  following reasons.

26          I have largely completed the response to the petition in this case.  I have been

27  diligently pursuing all of the documents necessary for resolution of this matter.  However, I was

28  just notified today that the last remaining documents will be delivered to my office either today

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to          Haney v. Adams, Warden
Pet. for Writ of Hab. Corpus                                                    C 07-4682 CRB (PR)

                                           1

1  or tomorrow.  I will be out of the office beginning tomorrow, Thursday, July 10, and will not be

2  returning to the office until next Wednesday, July 15.  Upon my return to the office, I will need

3  time to review the documents and complete my response.  For these reasons, I am unable to file

4  the response in this case by the current deadline.

5        I have not attempted to contact petitioner about this extension of time because he is an

6  incarcerated state prisoner who is representing himself.

7        Accordingly, I request that the Court grant respondent an extension of 30 days, to and

8  including August 11, 2008, in which to file a response to the petition.

9        I declare under penalty of perjury that the foregoing is true and correct.

10        Executed at San Francisco, California, on July 9, 2008.

11

12        /s/ Michele J. Swanson
      MICHELE J. SWANSON
13        Deputy Attorney General

14

15

16  20121222.wpd

17  SF2008400165

18

19

20

21

22

23

24

25

26

27

28

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to            Haney v. Adams, Warden
Pet. for Writ of Hab. Corpus                                                        C 07-4682 CRB (PR)

2