IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **August 11, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: _____    _____
The Honorable Charles R. Breyer