1
2
3
4
5
6
7
8      IN THE UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10      SAN FRANCISCO DIVISION

11   **MONTE L. HANEY,**                          C 07-4682 CRB (PR)

12                              Petitioner,       **[PROPOSED] ORDER**

13              v.

14   **DERRAL G. ADAMS, Warden,**

15                              Respondent.

16

17      GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this

18   Court and serve upon petitioner, on or before **August 11, 2008**, an answer or other responsive

19   pleading to the petition for writ of habeas corpus.

20      IT IS SO ORDERED.

23   Dated: July 21, 2008

         The Honorable Charles R. Breyer

         *IT IS SO ORDERED*
         *Judge Charles R. Breyer*