Monte L. Haney
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Monte L. Haney
    Petitioner
   v.
Derral G. Adams, Warden
    Respondent

C 07-4682 CRB (PR)
MOTION IN OPPOSITION TO THE DEPUTY ATTORNEY GENERAL'S MOTION FOR AN ENLARGEMENT OF TIME

Petitioner is hereby filing a Motion in opposition to Deputy Attorney general's motion for an enlargement of time.

On January 11th 2008 the honorable Judge Charles R. Breyer issued an order to show cause in this matter and directed the Deputy Attorney General Michele J. Swanson to answer the Petitioner's writ of Habeas Corpus within 60 days of the order to show cause.

On March 11 2008 the Deputy Attorney General filed a Motion for a 60 day enlargement of time which was granted by the honorable Judge Charles R. Breyer on March 18, 2008.

On May 12, 2008 the Deputy Attorney General filed a second Motion for a 60 day enlargement of time in which the Judge denied as "Moot" and ordered the Deputy Attorney General to answer the Petitioner's writ of Habeas Corpus no later than July 11, 2008.

1 On July 9 2008 the Deputy Attorney General filed
2 a third motion for Enlargement of time
3 that Request an extention of 30 days to
4 obtain documents.
5 the Attorney General Admits that the documents
6 that she needs will be delivered on July, 9 or
7 July 10 2008. the Deputy Attorney General also
8 Admit's that she has largely completed the
9 response to this case.
10 Petitioner would like to stipulate to the Court
11 that the deputy Attorney General has Received
12 six months to file an answer in this matter
13 which is a substantial amount of time, to
14 obtain the documents that are needed in
15 this matter. it is the Petitioner's contention
16 that it is unnecessary for the Deputy Attorney
17 General to Receive a 30 day extension of
18 time for documents that she Admit's that she
19 will Receive on the Same day she Request a 30
20 day extension of time or the day After. Also
21 Petitioner would Like to Point out to the Court
22 that the Attorney Generals second Request for
23 enlargement of time was Denied as "moot"
24 on may 15 2008.
25 for the reasons stated herein the Deputy
26 Attorney General's third Request for an
27 extension of time Should be denied.

2 of 2

Date: 7-13-08          _Marti Howell_
                         in Pro Per

Monte L. Haney
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

| | |
|---|---|
| 1 | |
| 2 Monte L. Haney | C07-4682 CRB (PR) |
|   Petitioner | Declaration of Monte Haney |
| 3 V. | in Support of Motion in opposition |
|   Derral G. Adams warden | of Deputy Attorney General's motion |
| 4   Respondent | for enlargement of time |
| 5 | |

6  1) I am the Petitioner in this Matter.
7  2) Attached with this Declaration is a Motion in
8  opposition to the Deputy Attorney General's motion
9  for enlargement of time.
10 3) On July 11, 2008 Petitioner Received in the
11 U.S. mail a third Request for an enlargement
12 of time from the Deputy Attorney General Michele
13 J. Swanson.
14 4) On July 9 2008 the Deputy Attorney General
15 asked for an enlargement of time to obtain
16 documents.
17 5) Simultaneously the Deputy Attorney General
18 Admits that she will obtain the documents
19 on the same day that she Requested the enlarg-
20 ement of time or the day after.
21 6) The honorable Judge Charles R. Breyer
22 issued a motion for order to show cause
23 in this matter six months ago on Jan.
24 11, 2008.
25 7) The Deputy Attorney General's previous Request
26 for an enlargement of time was Denied as "moot."
27 8) On May 15 2008 the honorable Judge Charles

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

1  R. Breyer issued a court order and directed the
2  Deputy Attorney General to file a answer to
3  Petitioner's writ of Habeas Corpus no later than
4  July 11 2008.
5  9) the Deputy Attorney General still has not
6     filed an answer in this matter as the
7  honorable Judge charles R. Breyer Directed.

22  Pursuant to 28 U.S.C. §1746 I Declare under the
23  Penalty of Perjury the foregoing is true and
24  Correct.

27  Date: 7-13-08              _____
                                   in Pro Per

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

PROOF OF SERVICE BY MAIL

I, Monte Haney, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: P.O. Box 3476, Corcoran, CA 93212

On 7-13, 2008 I delivered to prison officials for mailing, at the above address, the attached: Motion in opposition to the Deputy Attorney general's motion for enlargement of time.

in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) clerks office
U.S. District court - No. Dist of CA
450 Golden Gate Ave, 16th floor
Sanfrancisco, CA 94102

(2) _____

(3) _____    (4) _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13 day of July, 2008, at California State Prison, Corcoran.

Monte Haney
In Pro Per

Monte Haney V-72062 4A-2R-59
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

CORCORAN STATE PRISON

STATE PRISON CORCORAN
RECEIVED JUL 18 2008

Attn: The Honorable Breyer~CCTACE
Hagler
$00.420
07/14/2008

Clerk's Office
U.S. District Court - No. Dist. of CA
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102