1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Respondent provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**I.**

**CUSTODY**

Petitioner Monte L. Haney is lawfully in the custody of Derral G. Adams, Warden of Corcoran State Prison, as a result of a judgment of conviction in San Francisco County Superior Court, case number 189793.  A jury found petitioner guilty of aggravated mayhem, torture, assault by means of force likely to produce great bodily injury, assault with a deadly weapon, corporal injury on a cohabitant, and criminal threats, and found associated great bodily injury and deadly

weapon enhancements to be true. The trial court sentenced petitioner to life in prison with the possibility of parole, plus seven years.

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court rulings were based on an unreasonable determination of fact or were contrary to or involved an unreasonable application of clearly established United States Supreme Court precedent. Respondent specifically denies that: (1) the trial court's refusal to instruct on aggravated assault as a lesser included offense of torture violated due process; (2) the prosecutor exercised his peremptory challenges in a racially motivated manner; and (3) that trial and appellate counsel rendered ineffective assistance of counsel.

## III.

## PROCEDURAL DEFENSES

Petitioner exhausted his claims in state court. The petition is timely within the meaning of 28 U.S.C. § 2244.

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) State Court Clerk's Transcript (5 volumes); (2) State Court Reporter's Transcript (17 volumes); (3) State Court Reporter's Transcript [Jury Selection] (2 volumes); (4) Challenged Juror Questionnaires; (5) Opinion of California Court of Appeal; (6) Petition for Review filed in California Supreme Court; (7) Order of California Supreme Court denying review; (8) Petition for Writ of Habeas Corpus filed in California Supreme Court; and (9) Order of California Supreme Court denying petition.

///
///
///

1 | Dated: July 24, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 |

6 | GERALD A. ENGLER
Senior Assistant Attorney General

7 | GREGORY A. OTT
Deputy Attorney General

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20119449.wpd
SF2008400165

Answer to Petition for Writ of Habeas Corpus                         Haney v. Adams, Warden
                                                                     C 07-4682 CRB (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Haney v. Adams, Warden**

No.:   **C 07-4682 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 24, 2008</u>, I served the attached

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Monte L. Haney
V-72062
Corcoran State Prison
4A-2R-08
P.O. Box 3476
Corcoran, CA  93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 24, 2008, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
|---|---|
| Declarant | Signature |

20126943.wpd