1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | GREGORY A. OTT
Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5703
   Fax:  (415) 703-1234
8 |  Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
| Petitioner, | **NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

| **EXHIBIT** | **TITLE** |
|---|---|
| 1A to 1E | State Court Clerk's Transcript |
| 2A to 2Q | State Court Reporter's Transcript |
| 3A to 3B | State Court Reporter's Transcript [Jury Selection] (Sealed) |
| 4 | Challenged Juror Questionnaires (Sealed) |
| 5 | Opinion of the California Court of Appeal |
| 6 | Petition for Review filed in California Supreme Court |

| **EXHIBIT** | **TITLE** |
|---|---|
| 7 | Order of California Supreme Court denying review |
| 8 | Petition for Writ of Habeas Corpus filed in California Supreme Court |
| 9 | Order of California Supreme Court denying petition |

Dated: July 24, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20119454.wpd
SF2008400165

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Haney v. Adams, Warden**

No.:   **C 07-4682 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 24, 2008</u>, I served the attached

**NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Monte L. Haney
V-72062
Corcoran State Prison
4A-2R-08
P.O. Box 3476
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 24, 2008, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
|:---:|:---:|
| Declarant | Signature |

20126947.wpd