1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5703
     Fax: (415) 703-1234
8    Email: Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
| Petitioner, | **MOTION TO FILE EXHIBITS 3A-3B AND 4A-4I UNDER SEAL** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Respondent hereby requests, pursuant to Civil Local Rule 79-5, that this Court file Exhibits 3A-3B and 4A-4I under seal. The reasons for this request are set forth in the accompanying declaration of counsel, which is filed concurrently with this motion.

///
///
///
///
///
///

Motion to File Exhibits 3A-3B and 4A-4I Under Seal                    Haney v. Adams, Warden
                                                                      C 07-4682 CRB (PR)
1

1  Dated: July 24, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6

7  GREGORY A. OTT
   Deputy Attorney General

8

9

10  /s/ Michele J. Swanson
    MICHELE J. SWANSON
    Deputy Attorney General
11  Attorneys for Respondent

12

13  20126298.wpd
14  SF2008400165

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to File Exhibits 3A-3B and 4A-4I Under Seal                Haney v. Adams, Warden
                                                                  C 07-4682 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Haney v. Adams, Warden**

No.:    **C 07-4682 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 24, 2008</u>, I served the attached

**MOTION TO FILE EXHIBITS 3A-3B AND 4A-4I UNDER SEAL**

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO FILE EXHIBITS 3A-3B AND 4A-4I UNDER SEAL**

**[PROPOSED] ORDER TO FILE EXHIBITS 3A-3B AND 4A-4I UNDER SEAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Monte L. Haney
V-72062
Corcoran State Prison
4A-2R-08
P.O. Box 3476
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 24, 2008, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
| :---: | :---: |
| Declarant | Signature |

20126948.wpd