1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  **MONTE L. HANEY,**                          C 07-4682 CRB (PR)

15                            Petitioner,        **DECLARATION OF
                                                 COUNSEL IN SUPPORT OF**
16            **v.**                             **MOTION TO FILE EXHIBITS
                                                 3A-3B AND 4A-4I UNDER**
17  **DERRAL G. ADAMS, Warden,**                 **SEAL**

18                            Respondent.

19

20          I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

21          I am a Deputy Attorney General for the State of California and am assigned to

22  represent respondent on this case.

23          Pursuant to Civil Local Rule 79-5, I am requesting that Exhibits 3A-3B and 4A-4I be

24  filed under seal.  The documents in Exhibits 3A-3B consist of transcripts of jury voir dire

25  proceedings, while the documents in Exhibits 4A-4I consist of juror questionnaires filled out by

26  the jurors challenged by the prosecutor.  Neither the jury voir dire transcripts nor the juror

27  questionnaires were part of the record on appeal.  Private juror information is contained in these

28  documents.  Sealing the documents is therefore necessary in order to preserve the privacy of

Decl. of Counsel in Support of Motion to File Exhs. 3A-3B & 4A-4I Under Seal          Haney v. Adams, Warden
                                                                                      C 07-4682 CRB (PR)

1  jurors.  We accordingly request that the documents be filed under seal.

2       I declare under penalty of perjury that the foregoing is true and correct.

3       Dated:  July 24, 2008

4             Respectfully submitted,

5             EDMUND G. BROWN JR.
              Attorney General of the State of California

6             DANE R. GILLETTE
              Chief Assistant Attorney General

7
              GERALD A. ENGLER
8             Senior Assistant Attorney General

              GREGORY A. OTT
9             Deputy Attorney General

10

11

12            /s/ Michele J. Swanson
              MICHELE J. SWANSON
13            Deputy Attorney General
              Attorneys for Respondent

14

15
   20126302.wpd
16 SF2008400165

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Counsel in Support of Motion to File Exhs. 3A-3B & 4A-4I Under Seal          Haney v. Adams, Warden
                                                                                      C 07-4682 CRB (PR)