IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,** | C 07-4682 CRB (PR) |
| Petitioner, | **[PROPOSED] ORDER TO FILE EXHIBITS 3A-3B AND 4A-4I UNDER SEAL** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibits 3A-3B and 4A-4I to respondent's answer to petition for writ of habeas corpus be filed under seal pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: _____     _____
                                    The Honorable Charles R. Breyer