IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MONTE L. HANEY,** <br><br> Petitioner, <br><br> v. <br><br> **DERRAL G. ADAMS, Warden,** <br><br> Respondent. | C 07-4682 CRB (PR) <br><br> **[PROPOSED]** ORDER TO FILE EXHIBITS 3A-3B AND 4A-4I UNDER SEAL |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibits 3A-3B and 4A-4I to respondent's answer to petition for writ of habeas corpus be filed under seal pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: ___July 31, 2008_____      _____
                                          The Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)