UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MONTE HANEY,

               Plaintiff,

  v.

DERRAL G. ADAMS et al,

               Defendant.

_____/

Case Number: CV07-04682 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monte L. Haney V-72062
Corcoran State Prison
4A-2R-08
P.O. Box 3476
Corcoran, CA 93212

Dated: July 31, 2008

               Richard W. Wieking, Clerk
               By: Barbara Espinoza, Deputy Clerk