Monte Haney
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

FILED
AUG 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Monte Haney
  Petitioner,
vs.
Derral G. Adams, warden
  Respondent.

C07-4682-CRB(PR)
Motion in opposition to the Deputy Attorney General's motion to file exhibits 3A-3B & 4A-4I under seal.
Fed.R.Crim.P. 47.

Petitioner is hereby filing a motion in opposition to the Deputy Attorney General Michele J. Swanson's motion to seal jury voir dire transcripts and juror questionnaires. On 7-29-08 Petitioner received in the U.S. mail the Deputy Attorney General's answer to Petitioners writ of Habeas Corpus and a motion to file exhibits 3A-3B and 4A-4I under seal. The Deputy Attorney General's excuse to seal the exhibits is that they contain personal information. Petitioner believes this is not a viable excuse to seal the documents because the Petitioner is not seeking any personal information and is only looking for the conversations between jurors, potential jurors and the trial prosecutor. Petitioner needs the jury voir dire transcripts and juror questionnaires to attach them to Petitioners pending traverse as exhibits. Petitioner believes that if the court grants the Deputy Attorney General's motion to seal the Documents "it would result in a fundamental miscarriage of justice" to the Petitioner. Petitioner diligently pursued the juror voir dire transcripts in the state courts but they were denied to the Petitioner. For the foregoing reasons the Deputy Attorney

---

#2   See U.S. Const XIV and Cal Const. Art I § 28(d) relevant evidence shall not be excluded in any criminal proceeding, including pretrial and post conviction motions and hearings.

1

1 General's motion to seal exhibits 3A-3B and 4A and 4I
2 should be Denied pursuant to Local Rule of the Court 79-5(c).
3 Petitioner Respectfully Request that the Court order the
4 Deputy Attorney General to issue exhibits 3A-3B- and 4A and
5 4I of the Jury voir dire and Juror Questionaire Proceedings to
6 the Petitioner.

26 Dated: 7-30-08            _____
                                        In Pro Per

Monte Haney #V-72062 4A-2R-59
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monte L. Haney, <br>     Petitioner, <br> v. <br> Derral G. Adams, warden <br>     Respondent. | C07-4682 CRB (PR) <br><br> Motion For Expansion of the Record Pursuant to FED.R.Crim.P. 47. |

I the Petitioner Monte Haney am hereby filing a motion to Receive State Court Reporter's Jury Selection transcripts Exhibits 3A to 3B and challenged Juror Questionnaires Exhibits 4A-4I.

The reasons for this request are set forth in the accompanying declaration of the Petitioner, which is forwarded to the Court concurrently with this motion.

Dated 7-30-08

                                             Monte Haney
                                             in Pro Per

3 of 1

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

1

NAME: Monte L. Haney P-12062 4A-2R-54
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2  Monte L. Haney,
       Petitioner,

3  v.

   Derral J. Adams, warden
4      Respondent.

Declaration of Petitioner in Support of Motion for expansion of the Record.

5

6  1) On 7-29-08 Petitioner Received in the U.S. mail the
7  Deputy Attorney Generals answer to Petitioners writ of
8  Habeas corpus with a memorandum of Points and
9  Authorities in support thereof.
10 2) Simutaneously, Plaintiff Received a motion from
11 the Deputy Attorney General Requesting the Court
12 to Seal Jury voir dire transcripts and Juror Questionaires
13 of the Petitioner's Jury trial.
14 3) the Jury voir dire transcripts and Juror Questionaires
15 are a Prerequisite to the Legal issues in this matter,
16 and the Petitioner will need the Jury voir dire transcripts
17 and Juror Questionaires to use as exhibits attached
18 to the traverse that Petitioner is Preparing in this
19 matter.
20 4) The Deputy Attorney General's excuse for Sealing
21 the Aforementioned Documents is that they contain
22 Private Juror information.
23 5) Any names, Addresses or Personal information
24 on the Juror Questionaires and Jury voir dire transcripts
25 Can Be marked out with ink so the Petitioner will not
26 obtain any Private Juror information.
27 6) Petitioner is not Seeking any Private Juror

1 of 2

1

information and needs the Aforementioned documents to recall the conversation Between the Potential Jurors and the trial Prosecutor.

7) Petitioner would like to Bring to the Attention of the Court that when the honorable Judge Charles R. Breyer issued an order of service in this matter on 1-11-08 he ordered the Attorney General to Serve on the Petitioner all Portions of the state trial Record that are relevant to a determination of the issues Presented by the Petition. See order of service Page 3, Paragraph 3.

8) if Petitioner is denied the Jury voirdire transcripts and Juror Questionaire Proceedings, Petitioner will be denied full and fair litigation in this matter.

I declare under Penalty of Perjury that the foregoing is true and correct.

Dated: 7-30-08

_Martin Hawes_
in Pro Per

## PROOF OF SERVICE BY MAIL

I, **Monte Hauey**, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: **P.O. Box 3476 Corcoran, CA 93212**

On **7-30**, 20**08**, I delivered to prison officials for mailing, at the above address, the attached: **motion to expand the Record and motion in opposition to the Deputy Attorney General's motion to file exhibits 3A-3O- and 4A and 4I under Seal. 6 pages total. Proof of Service included.** in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) **clerk's office** (2) _____

**U.S. District court - No. Dist. of CA**

**450 Golden Gate Ave, 16th floor**

**San francisco, CA 94102**

(3) _____ (4) _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this **30th** day of **July**, 20**08**, at California State Prison, Corcoran.

_Monte Hauey_
In Pro Per

Monte Haney V-71062 4A-2K-59
Colcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

**LEGAL MAIL**
94102+34332 C004

BAKERSFIELD CA
PRISON
CORCORAN

"LET US DARE TO...
THINK, SPEAK AN...

Attn: clerk of the court and the honorable
Judge Charles R. Breyer,
Clerk's office
U.S. District Court - No. Dist. of CA
450 Golden State Avenue, 16th Floor
San Francisco, CA 94102

CA Penal Code 2601 "Confidential Correspondance Legal Mail."

7-30-08

c/o D Walker