IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTE L. HANEY,

    Petitioner,

 v.

DERRAL G. ADAMS,

    Respondent(s).

No. C 07-4682 CRB (PR)

ORDER

    Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED.  Petitioner shall file a traverse by no later than September 26, 2008.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 23.

SO ORDERED.

DATED: August 18, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Haney, M1.eot.wpd