Declaration of Monte Haney pursuant to 28 U.S.C. §1746

FILED
SEP 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On ___ Petitioner sent the following documents to Clerk of Northern District court and Deputy Attorney General Michele Swanson.

1) Traverse. 24 pages.    C-07-4682 CRB (PR)
2) Documentation of Lodging exhibits. two pages.
3) Exhibit A: Page 6 of writ of Habeas Corpus and continuation page.
4) Exhibit B: writ of Habeas Corpus in state court, appellate court and CA Supreme Court. 7 pages.
5) Exhibit C: Motion for evidentiary hearing in CA Supreme Court. six pages.
6) Exhibit D: writ of Habeas Corpus and writ of mandate in State court RE: Jury voir dire transcripts. 4 pages.
7) Exhibit E: Letter from first district appellate court. re voir dire transcripts. 1 page.
8) Exhibit F: Letter to and from Appellate Attorney. re voir dire transcripts. 2 pages.
9) Exhibit G: Letter from trial Attorney. RE: Jury voir dire transcripts. 1 page.
10) Exhibit H: Letter from State Bar. RE: Jury voir dire transcripts. 1 page.
11) Exhibit I: transcripts of trial court. RE: Jury instructions. 4 pages.
12) Exhibit J: CalJic 4.21. 1 page.
13) Exhibit K: Brain SPect Imaging Report and State trial transcript. 3 pages.
14) Proof of Service. signed and dated.
15) All documents placed inside one manilla envelope, signed by a prison official and forwarded as confidential correspondance legal mail pursuant to CA Penal Code 2601.
16) Petitioner has a copy of this Declaration and all enclosed documents.

I Declare under the penalty of perjury that the foregoing is true and correct.

Dated: 9-5-08

Signature: Monte Haney